# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | | |
|---|---|---|
| **DARYL SEAGRAVES,** individually and on behalf of all persons similarly situated, | : : : | |
| Plaintiff, | : : | Civ. A. No. 2:17-cv-01009-JFC |
| vs. | : : | Judge Joy Flowers Conti |
| RANGE RESOURCES CORPORATION, | : : | **ELECTRONICALLY FILED** |
| Defendant. | : : : | |

## UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, ATTORNEY FEES, AND COSTS

**Michael A. Josephson**
State Bar No. 24014780
**Andrew Dunlap**
State Bar No. 24078444
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@fibichlaw.com
adunlap@fibichlaw.com

**Joshua P. Geist**
PA. I.D. No. 85745
**GOODRICH & GEIST, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

**Richard J. (Rex) Burch**
State Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS MEMBERS**

Plaintiff Daryl Seagraves filed this class and collective action on behalf of all independent contractor oilfield workers paid a day rate. ECF No. 1. As shown in the supporting memorandum, Seagraves and Defendant Range Resources Corporation ("Range") have reached a Settlement Agreement of the claims of 115 persons, which is the result of arms-length negotiation between qualified counsel. ECF No. 32. Seagraves respectfully requests that the Court finally approve the settlement so that checks may be mailed to the Class Members.

Respectfully submitted,

By: /s/ Andrew W. Dunlap
Michael A. Josephson
Pennsylvania Bar No. 308410
Texas Bar No. 24014780
(*Pending Pro Hac Vice*)
Andrew Dunlap
State Bar No. 24078444
(*Admitted Pro Hac Vice*)
**JOSEPHSON & DUNLAP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 751-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

AND

Joshua P. Geist
PA. I.D. No. 85745
**GOODRICH & GEIST, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
(*Pending Pro Hac Vice*)
**BRUCKNER BURCH, P.L.L.C.**

8 Greenway Plaza, Suite 1500  
Houston, Texas 77046  
713-877-8788 – Telephone  
713-877-8065 – Facsimile  
rburch@brucknerburch.com  

**ATTORNEYS IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties.

*/s/ Andrew W. Dunlap*  
Andrew W. Dunlap

## CERTIFICATE OF CONFERENCE

I hereby certify that I have spoken with Counsel for Defendant and Defendant is not opposed to the contents of this Motion.

*/s/ Andrew W. Dunlap*  
Andrew W. Dunlap